UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | Civ. No. 1:18-cv-06627 |
| JOHN DOE subscriber assigned IP address 65.79.154.9, | : | Judge Edmond E. Chang |
| Defendant. | : | |
| | : | |
| | : | |

**PLAINTIFF'S *EX-PARTE* MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE A MOTION TO COMPEL**

Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), makes this *ex-parte* motion for entry of an order extending the time within to file a motion to compel on Defendant's Internet Service Provided ("ISP"), RCN Telecom Service LLC, and states:

1. On October 10, 2018, Plaintiff was granted leave to serve a third party subpoena on Defendant's ISP to obtain the Defendant's identifying information. [CM/ECF 13]. Plaintiff served its subpoena on RCN Telecom Service LLC that same day with a return date of October 31, 2018.

2. On November 16, 2018, the Court entered a Minute Order instructing Plaintiff to file a motion to compel if the ISP does not respond to Plaintiff's subpoena by November 30, 2018.

3. To comply with Fed. R. Civ. P. 37(a)(1), Plaintiff contacted the ISP about the delayed response, and on November 19, 2018, the ISP confirmed that it will disclose the requested records on Monday, December 3, 2018. Accordingly, a motion to compel and a hearing regarding same may be unnecessary.

1

4. As such, Plaintiff respectfully requests a brief four day (4) extension of the time by which it must file its motion to compel, up to and including December 4, 2018.

5. If the ISP does not comply with Plaintiff's subpoena by Monday, December 3, 2018 (barring a motion to quash), Plaintiff will serve a motion to compel on Tuesday, December 4, 2018.

6. This motion is made in good faith and not for the purpose of undue delay.

7. None of the parties will be prejudiced by the granting of this request.

WHEREFORE, Plaintiff respectfully requests entry of an order extending the time by which Plaintiff must file a motion to compel by four (4) days, up to and including December 4, 2018.

Dated: November 30, 2018

Respectfully submitted,

**FOX ROTHSCHILD LLP**

By: /s/ *Marc C. Smith*
Marc C. Smith, Esq. (6189574)
mcsmith@foxrothschild.com
353 N. Clark St.
Suite 3650
Chicago IL 60654
Tel.: (312) 517-9200
Fax: (312) 517-9201
www.foxrothschild.com