# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 1:18-cv-06627 |
| ) | |
| v. ) | Judge Edmond E. Chang |
| ) | |
| JOHN DOE subscriber assigned IP address ) | |
| 65.79.154.9, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT DOE'S (IP ADDRESS 65.79.154.9) MOTION TO PROCEED ANONYMOUSLY AND FOR A PROTECTIVE ORDER

NOW COMES Defendant, JOHN DOE, subscriber assigned IP address 65.79.154.9, and respectfully requests this Honorable Court to allow Defendant to proceed anonymously and enter a Protective Order prohibiting any party from publicly disclosing any information relating to Defendant that Plaintiff Strike 3 Holdings, LLC receives in response to its Rule 45 subpoena issued to Defendant's Internet Service Provider ("ISP"), in support of which Defendant states as follows:

1. Pursuant to Fed. R. Civ. P. Rule 26(c), there is good cause to grant this motion in light of the facts and circumstances of the case against the Defendant.

2. The controversial interracial pornographic movie download allegations against Defendant presents a particular need for protecting Defendant from annoyance, embarrassment, oppression, or undue burden or expense due to the pornographic nature of the copyrighted material alleged to have been infringed, satisfying the "exceptional circumstances" test of the Seventh Circuit.

3. Little to no public interest exists in the identity of the Defendant.

4. Counsel for Plaintiff consents to the entry of an Order allowing Defendant to proceed anonymously and for a Protective Order prohibiting any party from publicly disclosing any information relating to Defendant.

WHEREFORE, Defendant, subscriber assigned IP address 65.79.154.9, respectfully requests this Court grant this Motion and enter an Order allowing Defendant to appear anonymously and for issuance of a protective order prohibiting the disclosure of any information relating to Defendant that Plaintiff Strike 3, LLC receives in response to its Rule 45 subpoena issued to Defendant's Internet Service Provider ("ISP"),

Dated: December 7, 2018

Respectfully submitted,

By: /s/ Jeffrey J. Antonelli
Jeffrey J. Antonelli
Antonelli Law, Ltd.
35 East Wacker Drive, Suite 1875
Chicago, IL 60601
Telephone: (312) 201-8310
Email: jeffrey@antonelli-law.com
Attorney for Defendant

**CERTIFICATE OF COMPLIANCE WITH FED. R. CIV. P. 26(c)**

Pursuant to Fed. R. Civ. P. 26(c), on December 7, 2018, Plaintiff's counsel stated Plaintiff consented to the requested relief.

Respectfully submitted,

By: /s/ Jeffrey J. Antonelli
Jeffrey J. Antonelli
Antonelli Law, Ltd.
35 East Wacker Drive, Suite 1875
Chicago, IL 60601
Telephone: (312) 201-8310
Email: jeffrey@antonelli-law.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Marc Craig Smith
Fox Rothschild LLP
353 N. Clark Street
Suite 3650
Chicago, IL 60654
312 517-9238
Active (fax)
mcsmith@foxrothschild.com

        Respectfully submitted,

        By: /s/ Jeffrey J. Antonelli
        Jeffrey J. Antonelli
        Antonelli Law, Ltd.
        35 East Wacker Drive, Suite 1875
        Chicago, IL 60601
        Telephone: (312) 201-8310
        Email: jeffrey@antonelli-law.com
        Attorney for Defendant