UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Strike 3 Holdings, LLC

                    Plaintiff,

v.                                      Case No.: 1:18−cv−06627
                                      Honorable Edmond E. Chang

John Doe subscriber assigned IP address 65.79.154.9

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 11, 2018:

      MINUTE entry before the Honorable Edmond E. Chang: Plaintiff's extension motion [15] to file motion to compel is terminated as unnecessary. The motion states that the motion to compel would be filed on 12/04/2018 if the information was not received; no motion was filed, so presumably the ISP compled. Defendant Doe's motion [19] for protective order and to proceed anonymously is denied in large part. With regard to ISP subscriber information other than Doe's identity, there should be no need to publicly disclose other personally identifying information unless there is good cause to do so. But with regard to identity, the motion is denied. As the motion forthrightly acknowledges, there is a strong rule−based and case−law−based presumption of disclosure of the names of the litigants. Fed. R. Civ. P. 10(a); Doe v. City of Chicago, 360 F.3d 667, 669−70 (7th Cir. 2004); Doe v. Blue Cross & Blue Shield United of Wisc., 112 F.3d 869, 872 (7th Cir. 1997). When compared to the sensitivity of other categories of information that has been *disclosed* in litigation, such as medical information, this category is insufficient. Having said that, of course the complaint is a set of *allegations* only −− the litigation is just starting, and there is no finding whatsoever that the allegations have been proven. The status hearing of 12/17/2018 remains in place, at which time the Court will set a deadline to file the amended complaint and the rest of the litigation schedule. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.